IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br><br>Lake Dearborn, LLC, et al.[1]<br>Debtors. | Chapter 11<br><br>Case No. 13-12113 (MFW)<br><br>(Jointly Administered)<br><br>Re: D.I. 48 |
|---|---|

**ORDER TRANSFERRING THE VENUE OF THESE CHAPTER 11 CASES**

Upon the *sua sponte* motion (the "Venue Motion") of this Court to consider the transfer of venue of these Chapter 11 Cases to the United States Bankruptcy Court for the District of Illinois, and the Debtor having filed a Motion for Limited Deferral of Any Ruling on Venue in These Chapter 11 Cases (D. I. 38) ("Deferral Motion"), and the Court having considered opposition to its Venue Motion and having heard and considered the Deferral Motion, and it appearing that the court has jurisdiction of the Venue Motion pursuant to 28 U.S.C. § 157(b)(2); and due and sufficient notice of the Venue Motion having been given; and upon the record herein; and for the reasons set forth by the Court at the September 11, 2013 hearing on the Venue Motion;

IT IS HEREBY ORDERED THAT:

1. The Court's *sua sponte* motion to change venue is hereby GRANTED;

2. Venue of the Debtors' Chapter 11 Cases is hereby transferred to the United States Bankruptcy Court for the Northern District of Illinois;

3. The Debtor's Motion for Limited Deferral of Any Ruling on Venue in These Chapter 11 Cases (D. I. 38) is hereby DENIED as moot, and;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Lake Dearborn, LLC (3155); (ii) Dearborn Residential, LLC (5500); (iii) Dearborn Retail, LLC (5402); (iv) DR Dearborn Investment, LLC (7511); (v) 800 South Wells Phase II, LLC (0202); (vi) La Salle Commercial, LLC (6805); and (vii) Invsco Employee Services, Inc. (9657).

4.  This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: 9\12\13

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge